UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY T. HEROD,<br><br>   Petitioner,<br><br>  v.<br><br>LARRY SCRIBNER, WARDEN,<br><br>   Respondent. | CASE NO. CV 08-3257-JHN (PJW)<br><br>J U D G M E N T |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

  DATED: <u>March 16, 2011</u>.

                _____
                JACQUELINE H. NGUYEN
                UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd